# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| South Side Gas, Inc.<br>v.<br>Esquire Petroleum LLC | FILED: APRIL 11, 2008<br>08CV2071            TC<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

South Side Gas, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Ryan A. Mahoney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Ryan A. Mahoney | |
| FIRM<br>Sullivan Hincks & Conway | |
| STREET ADDRESS<br>120 W. 22nd Street, Suite 100 | |
| CITY/STATE/ZIP<br>Oak Brook, IL   60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275418 | TELEPHONE NUMBER<br>630-573-5021 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [ ]   NO [x] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]   NO [x] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]   NO [x] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |