IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOUTH SIDE GAS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 2071 |
| ESQUIRE PETROLEUM, LLC, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO THE PMPA, 15 U.S.C. 2805, AND FRCP 65**

Now Comes the Plaintiff, South Side Gas, Inc., by and through its attorneys, Sullivan Hincks & Conway, and hereby moves this Honorable Court pursuant to The Petroleum Marketing Practices Act, 15 U.S.C. § 2805, and Federal Rule of Civil Procedure 65 for an Order issuing a Preliminary Injunction in the form set forth in the Proposed Injunction Order submitted herewith. In support of its Motion, South Side Gas, Inc. submits the Affidavit of Ahmad Zadahn and a Memorandum of Law setting forth the facts and legal arguments on which this Motion is based.

WHEREFORE, the Plaintiff, South Side Gas, Inc. respectfully requests this Honorable Court grant its Motion for Preliminary Injunction and enter the Proposed Injunction Order submitted herewith or grant such other and further relief as this Honorable Court deems just and reasonable.

Respectfully submitted,
South Side Gas, Inc.

John J. Conway
Sullivan Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, IL 60523
(630) 573-5021

By: /s/ John J. Conway
One Of Its Attorneys