IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOUTH SIDE GAS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 2071 |
| ) | |
| ESQUIRE PETROLEUM, LLC, ) | Judge Guzman |
| ) | Magistrate Mason |
| Defendant. ) | |
| ) | Plaintiff demands a trial by jury |

## NOTICE OF MOTION

TO: Amy Kurson, Esq.
Greenberg Traurig
77 West Wacker Drive
Suite 2500
Chicago, IL 60601

PLEASE TAKE NOTICE that on April 14, 2008 at 9:30 a.m. I shall appear before the Honorable Ronald Guzman in the courtroom usually occupied by him, Room 1219 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion For Preliminary Injunction. You may appear and participate as you see fit.

/s/ John J. Conway
John J. Conway

John J. Conway
Sullivan Hincks & Conway
120 West 22nd Street, Ste 100
Oak Brook, Illinois 60523
(630) 573-5021

## CERTIFICATE OF SERVICE

I, John J. Conway, attorney for Plaintiff, South Side Gas, Inc. hereby certify that on April 11, 2008, I served upon the parties named above, one (1) copy of this Notice and Attached Motion by e-mail, facsimile, and overnight delivery to the persons and/or entities shown above from 120 West 22nd Street, Oak Brook, IL 60523.

/s/ John J. Conway
John J. Conway

1