# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| South Side Gas, Inc.  v.  Esquire Petroleum LLC | FILED: APRIL 11, 2008  08CV2071   TC  JUDGE GUZMAN  MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

South Side Gas, Inc.

| NAME (Type or print) |
|---|
| John J. Conway |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ John J. Conway |
| FIRM |
| Sullivan Hincks & Conway |
| STREET ADDRESS |
| 120 W. 22nd Street, Suite 100 |
| CITY/STATE/ZIP |
| Oak Brook, IL  60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6217597 | 630-573-5021 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | x | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | x | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | x | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐