UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

South Side Gas, Inc.
                        Plaintiff,

v.                                        Case No.: 1:08−cv−02071
                                           Honorable Ronald A. Guzman

Esquire Petroleum, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable Michael T. Mason:Magistrate Judge Status hearing held on 4/16/2008. Settlement Conference set for 4/25/2008 at 09:00 AM. Parties are to abide by this Court's Standing Order for Settlement Conference. Plaintiff's counsel to submit copies of both plaintiff's settlement demand letter AND defendant's response letter to chambers, room 2206, by 4/23/08. Preliminary Injunction hearing set for 6/16/2008 at 09:00 AM.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.