## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2071 | **DATE** | 4/16/2008 |
| **CASE TITLE** | South Side Gas, Inc. Vs. Esquire Petroleum, LLC | | |

**DOCKET ENTRY TEXT**

Enter Order re: standstill agreement.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|