# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

South Side Gas, Inc.
        Plaintiff,

v.              Case No.: 1:08−cv−02071
                Honorable Ronald A. Guzman

Esquire Petroleum, LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

  MINUTE entry before Judge Honorable Michael T. Mason:Magistrate Judge Status hearing held on 5/13/2008 and continued to 5/22/08 at 9:00 a.m. This Court's 4/16/08 Order [18] is extended until 5/22/08. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.