# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

South Side Gas, Inc.

                      Plaintiff,

v.                                     Case No.: 1:08−cv−02071
                                                   Honorable Ronald A. Guzman

Esquire Petroleum, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Michael T. Mason: At the request of the parties, the Preliminary Injunction hearing set for 6/16/08 is stricken. The parties are to continue their settlement negotiations and should contact the Court if they would like to schedule a settlement conference. If the parties have not reached an agreement prior to the 6/5/08 status hearing, the Court will enter a discovery schedule and set a date for the preliminary injunction hearing at that time.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.