UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

South Side Gas, Inc.
                        Plaintiff,

v.                                         Case No.: 1:08−cv−02071
                                         Honorable Ronald A. Guzman

Esquire Petroleum, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Based on the parties' report of settlement, the 6/26/08 status is stricken. The parties are directed to submit a proposed agreed order of dismissal by attaching it to an e−mail sent to: Proposed_Order_Mason@ilnd.uscourts.gov. Before submitting the proposed order, the parties should familiarize themselves with the Seventh Circuit's holdings in Dupuy v. McEwen, 495 F.3d 807 (7th Cir. 2007) and Shapo v. Engle, 463 F.3d 652 (7th Cir. 2006). This case is set for a status hearing on 7/17/08 at 9:00 a.m. However, if the parties submit the proposed agreed order of dismissal prior to 7/14/07, no appearance will be required on 7/17/08.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.