**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

South Side Gas, Inc.
                                 Plaintiff,

v.                                                            Case No.: 1:08−cv−02071
                                                                              Honorable Ronald A. Guzman

Esquire Petroleum, LLC
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Michael T. Mason: The 7/17/08 status hearing date is stricken. Parties are to submit the agreed order dismissing this matter with prejudice to the Honorable Ronald A. Guzman by attaching it to an e−mail sent to: Proposed_Order_Guzman@ilnd.uscourts.gov. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Case no longer referred to Honorable Michael T. Mason.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.