## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

South Side Gas, Inc.
                          Plaintiff,

v.                                        Case No.: 1:08−cv−02071
                                                        Honorable Ronald A. Guzman

Esquire Petroleum, LLC
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to a signed settlement agreement between the parties hereto, this matter is hereby dismissed with prejudice, all matters in controversy having been fully compromised and settled. The parties shall bear their own costs and attorneys' fees. Any pending motions or schedules are stricken as moot.Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.