IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOUTH SIDE GAS, INC., | ) | |
| Plaintiff, | ) | No. 08 C 2071 |
| | ) | |
| | ) | Hon. Ronald A. Guzman |
| v. | ) | United States District Judge |
| | ) | |
| ESQUIRE PETROLEUM, LLC, | ) | Hon. Michael T. Mason |
| | ) | United States Magistrate Judge |
| Defendant. | ) | |

## AGREED ORDER

This matter coming on to be heard for status, all parties having been notified and appearing through counsel, and the parties being in agreement, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to a signed settlement agreement between the parties hereto, this matter is hereby dismissed with prejudice, all matters in controversy having been fully compromised and settled. The parties shall bear their own costs and attorneys' fees.

Dated: 7/21/08

ENTERED:

*/s/ Ronald A. Guzman*
Hon. Ronald A. Guzman
United States District Judge